PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Bakim Wortham

Cr.: 19-00229-001
PACTS #: 6078383

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/12/2021

Original Offense:   Count One: Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1)

Original Sentence: 60 months' probation

Special Conditions: Special Assessment, Location Monitoring Program, Support Dependents

Type of Supervision: Probation                    Date Supervision Commenced: 01/12/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from any unlawful use of a controlled substance and you must submit to one drug test within 15 days of commencement of Probation and at least two tests thereafter as determined by the Probation Officer.** |
|  | On December 6, 2021, a home contact was conducted at the residence of the individual under supervision. He was drug tested and was positive for marijuana. |

U.S. Probation Officer Action:

Mr. Wortham was verbally reprimanded for using marijuana. When questioned about his drug use, he stated he continues to stress about employment, finances, restrictions on home detention and separation from his wife. The Probation Office previously submitted a Report on Individual Under Supervision to Your Honor on April 23, 2021, recommending no Court action be taken. Your Honor agreed with our recommendation. Since this is Mr. Wortham's second positive drug test on supervised release, we are now recommending that he complete a substance abuse evaluation and follow all recommendations from the treatment provider.

Prob 12A – page 2
Bakim Wortham

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

KfE for

By:   AFONSO A. FERNANDES
      Senior U.S. Probation Officer

/ aaf

APPROVED:

KfE for.

LUIS R. GONZALEZ                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

12/23/21
_____
Date